UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

VERSAILLES HOTEL CONDO ASSOCIATION, INC.,
a Florida Corporation,

                         Plaintiff,
vs.                                              Lower Court Case No. 10-21690-CA-21

CHUBB CUSTOM INSURANCE COMPANY,
a Delaware Corporation,
                         Defendant.
_____/

### NOTICE FOR REMOVAL AND SUPPORTING MEMORANDUM OF LAW

COMES NOW the Defendant, CHUBB CUSTOM INSURANCE COMPANY, by and through its undersigned counsel, and files this its Notice of Removal of the State cause of action referenced herein below pursuant to 28 U.S.C. §1446 and as grounds therefore would state as follows:

### NOTICE AND SUPPORTING MEMORANDUM OF LAW

Attached hereto as Exhibit "A" is a copy of the Petition to Appoint Umpire filed against CHUBB CUSTOM INSURANCE COMPANY. Attached hereto as Exhibit "B" is a copy of the Motion to Dismiss filed by CHUBB CUSTOM INSURANCE COMPANY in response to the Defendant receiving a telefacsimile copy of the Petition. Attached hereto as Exhibit "C" is a copy of the Summons that was served upon the branch office of Federal Insurance Company on May 28, 2010, said service of process being defective upon an insurance company pursuant to Florida Statutes.

This pleading is being filed as is required by 28 U.S.C.§1446.

The Complaint was served by the Plaintiff upon the Defendant, in the State Court proceeding, by serving the pleading upon the Corporate Office of Chubb & Son, a division of Federal Insurance Company, at its branch office located at 3000 Bayport Drive #700, Tampa, FL 33607-8410. As of the date of this Notice for Removal, the State Court proceeding has not been served upon the Secretary of the State of Florida as is required by Fla.Stat. §624.422 and §624.423.

The Federal District Court has jurisdiction over this cause of action as it involves a claim for damages that exceed $75,000.00 and because there is diversity of citizenship as is required by 28 U.S.C. §1332(a). The Defendant is an insurance company. Its state of incorporation is Delaware and its principal business address is located in the State of New Jersey.

This is a first party action being brought by the insured Plaintiff for breach of contract, against its property insurer, CHUBB CUSTOM INSURANCE COMPANY. Attached hereto as Exhibit "D" is a copy of the Detail by Entity Name obtained from the Delaware Department of State verifying that CHUBB CUSTOM INSURANCE COMPANY is a Delaware Corporation with its principal place of business being located in the State of New Jersey, (See also Exhibit "E"). Diversity jurisdiction is thus appropriate as the Plaintiff is a resident of the State of Florida and the Defendant is not. (Also, see Exhibit "A" and "C".) Attached hereto as Exhibit "E" is a copy of the Property Owners Insurance Policy information providing coverage information for the Plaintiff, VERSAILLES HOTEL CONDOMINIUM ASSOCIATION, INC., for its premises located in Dade County, Florida. Diversity of Citizenship is established as a result. See 28 U.S.C. §1332(c)(1); Clark v. Chubb Group of Insurance Companies, 337 F.3rd 687 (C.A. 6 Ohio, 2003); and Medical Research Centers, Inc. v. St. Paul Property And Liability Insurance Company, 303 F. Supp. 2nd 811 (E.D. La, 2004).

This Notice of Removal is being filed within thirty days of CHUBB CUSTOM INSURANCE COMPANY having been defectively served with the Petition in this cause of action. As a result, the Notice of Removal is being timely filed. 28 U.S.C. §1441(e)(1) and 28 U.S.C. §1446 (d). See also, Murphy Brothers, Inc. v. Machete Pipe Stringing, Inc. 526 U.S. 344, 119 S.Ct. 1322, 143 L. Ed. 2d 448 (1999); Hand v. Cargill Fertilizer, Inc. 157 F. Appx. 230 (C.A. 11 Fla., 2005); and Morse LLC v. United Wisconsin Life Insurance Company, 356 F. Supp. 2nd 1296 (S. D. Fla., 2005).

Attached hereto as Exhibit "F" is a copy of correspondence received from Counsel for VERSAILLES HOTEL CONDOMINIUM ASSOCIATION, INC., indicating that the total amount in dispute is in excess of $75,000.00. The unpaid amount, coupled with the Plaintiff's claim for statutory attorneys' fees being sought pursuant to Fla.Stat.§627.428, totals damages that exceed

$75,000.00 and thus exceeds the jurisdictional minimum set forth in 28 U.S.C. §1332(a).

WHEREFORE, the Defendant, CHUBB CUSTOM INSURANCE COMPANY, requests this matter be removed from the State Circuit Court located in Dade County, Florida and that this matter be moved to the Federal District Court, Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent via Facsimile and U. S. Mail to Michael Gonzalez, 1501 SW 97th Avenue, Doral, FL 33172 on this 16th day of June, 2010.

/s/ Francis E. Friscia
FRANCIS E. FRISCIA, ESQUIRE
MEIROSE & FRISCIA, P.A.
5550 W. Executive Dr. #250
Tampa, FL 33609
Fla Bar #: 0601380
813-289-8800\813-281-2005 fax

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL DISTIRCT IN AND FOR MIAMI
DADE COUNTY, FLORIDA

VERSAILLES HOTEL CONDOMINIUM
ASSOCIATION, INC., a Florida corporation

         Plaintiff,              **CASE NO:**    10-21690 CA 21

vs.

CHUBB CUSTOM INSURANCE COMPANY,
A Delaware Corporation

         Defendant.

_____/

THE ORIGINAL FILED

ON APR 12 2010

IN THE OFFICE OF
CIRCUIT COURT DADE CO F
CIVIL DIVISION

### PETITION TO APPOINT UMPIRE

Plaintiff, **VERSAILLES HOTEL CONDOMINIUM ASSOCIATION, INC.** (hereinafter referred to as "VERSAILLES"), a Florida corporation, by and through undersigned counsel, sues the Defendant, **CHUBB CUSTOM INSURANCE COMPANY,** (hereinafter referred to as "CHUBB"), and does allege as follows:

1.    This is a Petition to request appointment of an umpire.

2.    The Plaintiff, Versailles Hotel Condominium Association, Inc., is and was a Florida corporation, which at all times material hereto has been authorized to do business in Miami-Dade County, with its main office and property located in Miami-Dade County, Florida.

3.    At all material times, Chubb Custom Insurance Company is a New Jersey Insurance Company incorporated under the laws of Delaware, licensed to do business, to issue insurance policies in the State of Florida, and doing business in Miami-Dade County, Florida.

4.    This court has the power to hear and adjudicate this matter as the parties entered into their contract in Miami-Dade County and all causes of action arose in Miami-Dade County, and is where the Property is located. Thus, venue is proper in Miami-Dade County.



5.    All conditions precedent to the filing of this Petition have occurred, have been waived or have been performed.

6.    At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain insurance policy issued by the Insurance Company with a policy number of 7953-68-80 (the "Policy").

7.    Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property (the "Association") against certain losses.

8.    On or about December 13, 2004, while the Policy was in full force and effect the Property sustained a covered loss as a result of a fire (the "Loss").

9.    The Insurance Company acknowledged the Loss as claim number 0405041177 and assigned an insurance adjuster to adjust the Loss.

10.    In accordance with the terms and the conditions of the Insurance Policy, the parties mutually agreed to partake in the appraisal process. The parties selected their respective appraisers. Pursuant to the terms of the insurance policy and the appraisal clause contained within the policy, the parties selected The Honorable Gerald T. Wetherington (the "Umpire").

11.    In early January, 2009, the Umpire excused himself and withdrew as the Umpire from the case and appraisal process, as the Insurer was requesting that the Umpire preside over discovery issues, which was not his duty. Subsequently thereafter, the parties have attempted to agree on a new Neutral Umpire but to no avail.

12.    Accordingly, Plaintiff has had been compelled to file the instant action.

13.    Based on the foregoing and pursuant to the terms of the Insurance Policy, the Insured has the right and is being forced to exercise that right to Petition the Court to appoint a new neutral Umpire.

WHEREFORE, the Insured respectfully requests that this Court appoint an Umpire and entitle the

undersigned to court costs and reasonable attorney's fees pursuant to Section 627.428, Florida Statute.


Respectfully Submitted,


                                             MICHAEL GONZALEZ, ESQ.
                                             1501 NW 97th Avenue
                                             Doral, FL 33172
                                             Telephone: (305) 436-6016
                                             Facsimile: (305) 436-6037
                                             By: _____
                                                    MICHAEL GONZALEZ, ESQ.
                                                    FBN: 0494658

CIVIL COVER SHEET

The Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statue 25.075.

CASE STYLE

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL DISTIRCT IN AND FOR MIAMI DADE COUNTY, FLORIDA

VERSAILLES HOTEL CONDOMINIUM ASSOCIATION, INC., a Florida corporation

      Plaintiff,

vs.

CASE NO: 10-21690CA 21

CHUBB CUSTOM INSURANCE COMPANY,

      Defendant.

TYPE OF CASE (Place an "X" in 1 box only)

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| _____ Simplified Dissolution | _____ Professional | _____ Contracts |
| _____ Dissolution | _____ Products Liability | _____ Condominium |
| _____ Support - IV-D | _____ Auto Negligence | _____ Real property; |
| | | _____ Mortgage foreclosure |
| | | _____ Commercial |
| | | _____ Residential |
| | | _____ Homestead |
| | | _____ Non-Homestead |
| _____ Support – Non IV-D | _____ Other negligence | _____ Eminent Domain |
| _____ URESA – IV-D | | X Other |
| _____ URESA – Non IV-D | | _____ Challenge to proposed Constitutional Amendment |
| _____ Domestic Violence | | |
| _____ Other domestic relations | | |

Is jury trial Demanded in Complaint? _____ X Yes _____ No

This Action is appropriate for assignment to Complex Business Court as delineated in the attached addendum pursuant to Administrative Order _____ Yes X No

DATE:
    April 2, 2010

              Signature of Attorney for Petitioner FBN 0494658

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | 10 - 21690 CA 21 |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
|---|---|---|
| Versailles Hotel Condominium Association Inc, a Florida Corp. | Chubb Custom Insurance Company | THE ORIGINAL FILED ON APR 1 2 2010 IN THE OFFICE OF CIRCUIT COURT DADE CO F CIVIL DIVISION |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ Negligence - Other
    ☐ 097 - Business Governance
    ☐ 098 - Business Torts
    ☐ 099 - Environmental/Toxin Tort
    ☐ 100 - Third Party Indemnification
    ☐ 101 - Construction Defect
    ☐ 102 - Mass Tort
    ☐ 103 - Negligent Security
    ☐ 104 - Nursing Home Negligence
    ☐ 105 - Premises Liability - Commercial
    ☐ 106 - Premises Liability - Residential
    ☐ 107 - Negligence - Other
☐ Real Property/Mortgage Foreclosure
    ☐ 108 - Commercial Foreclosure $0 - $50,000
    ☐ 109 - Commercial Foreclosure $50,001 - $249,999
    ☐ 110 - Commercial Foreclosure $250,000 - or more
    ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
    ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 113 - Homestead Residential Foreclosure $250,000 or more
    ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
    ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
    ☐ 117 - Other Real Property Actions $0 - $50,000
    ☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ Professional Malpractice
    ☐ 094 - Malpractice - Business
    ☐ 095 - Malpractice - Medical
    ☐ 096 - Malpractice - Other professional
☐ Other
    ☐ 120 - Antitrust/Trade Regulation
    ☐ 121 - Business Transactions
    ☐ 122 - Constitutional Challenge - Statute or Ordinance
    ☐ 123 - Constitutional Challenge - Proposed amendment
    ☐ 124 - Corporate Trust
    ☐ 125 - Discrimination - Employment or Other
    ☒ 126 - Insurance Claims
    ☐ 127 - Intellectual Property
    ☐ 128 - Libel/Slander
    ☐ 129 - Shareholder Derivative Action
    ☐ 130 - Securities Litigation
    ☐ 131 - Trade Secrets
    ☐ 132 - Trust Litigation
☐ 133 - Other Civil Complaint
    ☐ 000 - Bond Estreature
    ☐ 014 - Replevin
    ☐ 024 - Witness Protection
    ☐ 080 - Declaratory Judgment
    ☐ 081 - Injunctive Relief
    ☐ 082 - Equitable Relief
    ☐ 083 - Construction Lien
    ☐ 084 - Petition for Adversary Preliminary Hearing
    ☐ 085 - Civil Forfeiture
    ☐ 086 - Voluntary Binding Arbitration
    ☐ 087 - Personal Injury Protection (PIP)

Clerk's web address: www.miami-dadeclerk.com

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

REMEDIES SOUGHT (check all that apply):

☐     monetary;

☐     non-monetary declaratory or injunctive relief;

☐     punitive

NUMBER OF CAUSES OF ACTION: [     ]

(specify) _____

_____

IS THIS CASE A CLASS ACTION LAWSUIT?

☐  Yes

☐  No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☐  No

☐  Yes   If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?

☒  Yes

☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____     Florida Bar # 494658

     Attorney or party                             (Bar # if attorney)

Michael A. Gonzalez               4/8/10

(type or print name)                 Date

CLK/CT 86 (Rev. 12/00)                    Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE, FLORIDA

VERSAILLES HOTEL CONDO ASSOCIATION, INC.,
a Florida Corporation,

            Plaintiff,         CIVIL DIVISION CASE NO.  10-21690CA-21

vs.

CHUBB CUSTOM INSURANCE COMPANY,
a Delaware Corporation,

            Defendant.

_____/

## MOTION TO DISMISS

COMES NOW the Defendant, CHUBB CUSTOM INSURANCE COMPANY, (hereinafter referred to as CHUBB CUSTOM), by and through its undersigned counsel, and files this its Motion to Dismiss the Plaintiff's Petition to Appoint Umpire and as grounds therefore would state as follows:

1.      There is insufficiency of service, insufficiency of process and insufficiency of service of process.

2.      Specifically, Counsel for the Plaintiff forwarded a letter to the claim supervisor for the Defendant, CHUBB CUSTOM, on or about May 3, 2010 introducing himself and indicating that the Petition to Appoint An Umpire has been filed with the Court and is in the process of being served upon Counsel of CHUBB CUSTOM as its representative.  Attached hereto is a copy of the May 3, 2010 correspondence.

3.      At no time did the Defendant, CHUBB CUSTOM, agree to waive service of process in this cause of action.

4.      The Defendant, CHUBB CUSTOM, will not stipulate to service of process being perfected upon it by either sending a copy of the Petition and Summons to Counsel for CHUBB CUSTOM or to any representative of CHUBB CUSTOM.

5.      The Defendant, CHUBB CUSTOM, requires that service of process be perfected as is prescribed by Florida Statutes.



EXHIBIT
B

6.       As of the date of this Motion, Counsel for the Defendant has not received a copy of the pleadings from Counsel for the Plaintiff.  The pleadings were received by the undersigned counsel directly from Chubb Custom Insurance Company.

WHEREFORE, the Defendant, CHUBB CUSTOM, respectfully requests this Honorable Court for the entry of an Order Dismissing the Plaintiff's Petition for the reasons set forth herein above.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing has been sent via Facsimile and U. S. Mail to Michael Gonzalez, 1501 SW 97th Avenue, Doral, FL 33172 on this <u>10th</u> day of  May, 2010.

FRANCIS E. FRISCIA, ESQUIRE
MELROSE & FRISCIA, P.A.
5550 W. Executive Dr. #250
Tampa, FL 33609
Fla Bar #:  0601380
813-289-8800\813-281-2005 fax

# Michael Gonzalez, Esq.

1501 NW 97th Avenue
Miami, Florida 33172
Telephone: (305) 436-6016
Fax: (305) 436-6037

May 3, 2010

SENT VIA FACSIMILE ONLY 800-664-5358

Chubb Custom Insurance Company
Attn: Damian B. Lynch, Florida Property Claim Supervisor
3000 Bayport Drive, Suite 700
Tampa, FL 33607

Re: *Versailles Hotel Condo Association vs. Chubb Insurance Co.*

Dear Mr. Lynch:

Please note that I will be handling this matter on a foregoing basis.  In response to your letter dated April 30, 2010, see attached a copy of the Petition to Appoint and Umpire that was filed and is being served upon your counsel as your representative.

If you should wish to discuss in further detail please feel free to contact me.

Sincerely,

Michael Gonzalez
Cc: Melrose & Frisela

__X__ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

_____ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | CIVIL ACTION SUMMONS | CASE NUMBER |
|---|---|---|
| __X__ CIVIL | Personal Service on a Natural Person | |
| _____ OTHER | | 10-21690 CA 21 |
| | | CLOCK IN |

PLAINTIFF(S)                          v. DEFENDANT(S)

VERSAILLES HOTEL CONDOMINIUM            CHUBB CUSTOM INSURANCE COMPANY,
ASSOCIATION, Inc. a Florida Corporation a Delaware Corporation

To:   Chubb Custom Insurance Company     *Serve 3000 BAY Port DR*
      c/o Meirose & Frisicia, PA          *At*
      Attn: Francis E. Friscia                      *Suite 700*
      5550 West Executive Drive, Suite 250  *TAMPA Fl 33607*
      Tampa, FL 33609

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed I you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may ant to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below and file your response to the Court, located at:

**Miami Dade County Courthouse**                    *5/27/10*
**73 West Flagler Street**                          *11:39 A*
**Miami, FL 33130**

**Plaintiff/Plaintiff's Attorney:**        **Address:**
MICHAEL GONZALEZ, ESQ.            1501 NW 97th Avenue, Doral, FL 33172

TO EACH SHERIFF OF THE STATE OF FLORIDA: You are commanded to serve this Summons and a copy of the Complaint of this on the above named Defendant(s).

| **HARVEY RUVIN** | BY: ALBA DE LA SIERRA | APR 1 2 2010 |
|---|---|---|
| **CLERK OF COURTS** | **DEPUTY CLERK** | **DATE** |

AMERICANS WITH DISABILITIES ACT OF 1990
IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATIONS TO PARTICIPATE IN THIS PROCEEDGINS, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE DADE COUNTY COURT'S ADA COORDINATOR AT 73 WEST FLAGLER STREET, ROOM 1600 MIAMI, FL 33130, TELEPHONE NUMBERS (305) 375-2006 FOR VOICE, (305) 375-2007 FOR TDD AND (305) 350-6205 FOR FAX.



EXHIBIT
C

Delaware.gov  |  Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

JOHN DICKINSON PLANTATION  |  PHOTO BY JEFFREY BOWER

## Department of State: Division of Corporations

Frequently Asked Questions    View Search Results    Summary of Charges    Logout

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | **0900415** | Incorporation Date / Formation Date: | **10/03/1980** (mm/dd/yyyy) |
| Entity Name: | **CHUBB CUSTOM INSURANCE COMPANY** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **GOOD STANDING** | Status Date: | **10/03/1980** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2009** | Tax Due: | **$ 0.00** |
| Annual Tax Assessment: | **$ 75.00** | Total Authorized Shares: | **2,500** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0133 | Change of Agent | 1 | 02/24/2006 | 13:27 | 02/24/2006 |
| 2 | 0240S | Amendment; Stock | 2 | 02/04/1994 | 09:00 | 02/04/1994 |

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents



| 3 | 0240S | Amendment, Stock | 3 | 01/12/1990 | 09:00 | 01/12/1990 |
| 4 | 0134 | Change of Agent Address | 0 | 10/27/1989 | 16:30 | 10/27/1989 |
| 5 | 0134 | Change of Agent Address | 0 | 02/14/1986 | 16:30 | 02/14/1986 |

[ Back to Entity Search ]

[ Printable Version ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of
Documents

Frequently Asked Questions    View Search Results

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 0900415 | Incorporation Date / Formation Date: | 10/03/1980 (mm/dd/yyyy) |
| Entity Name: | CHUBB CUSTOM INSURANCE COMPANY | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⊙ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

SURPLUS LINES AGENT:      STEPHEN SUTO
AGENTS ADDRESS: 5700 Coconut Crk. Pkwy.
               Coconut Creek, FL 33068-4516
LICENSE: SA017066
PROD AGENT: Komreich NIA Insurance
CITY/STATE: Miami Lakes, FL.

This insurance is issued pursuant to the
Florida Surplus Lines Law. Persons insured
by Surplus Lines carriers do not have the
protection of the Florida Insurance Guaranty
Act to the extent of any right of recovery for
the obligation of an insolvent or unlicensed
insurer.

PREMIUM: 28,545.00  INSP. FEE: _____
POLICY FEE: 35.00   SERV. FEE: 71.45.
TAX: 1,489.00  PROP. SURCHG: _____
OTHER: FLEMA $4.00



EXHIBIT
E

CHUBB

## Market Choice Protection
### by Chubb[SM]

## Premium Summary

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

*Named Insured and Mailing Address*

VERSAILLES HOTEL CONDO, INC
3425 COLLINS AVE
MIAMI BEACH, FL 33140

*Policy Number*   7953-68-80

*Effective Date*   APRIL 21, 2004

*Issued by the stock insurance company indicated below, herein called the company.*

CHUBB CUSTOM
INSURANCE COMPANY

*Producer No.*   0054860

*Incorporated under the laws of DELAWARE*

*Producer*      PROGRAM UNDERWRITERS, INC.
                10002 PRINCESS PALM AVE
                TAMPA, FL 33619-1372

## Policy Period

From:   APRIL 21, 2004          To:   APRIL 21, 2005
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Premium Payment

The first Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

## Estimated Premiums

Premiums shown in this summary with an asterisk(*) are estimated premiums and are subject to audit.

For each audit period we will compute the earned premium for that period based on our audit. If as a result of our audit additional premiums are due, they are payable upon notice to the First Named Insured. If the premium paid is greater than the earned premium, we will return the excess to the first Named Insured. The audit period will be determined by the company and will be that period of time which we deem appropriate for adjustment of those policy premiums which are subject to audit. The first Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

| Coverage | Premium * |
|---|---|
| PROPERTY INSURANCE SECTION | $ 28,545 |
| TOTAL | $ 28,545 |

RENEWAL POLICY PREMIUM

*Issue Date:* MAY 28, 2004

continued

**CHUBB**

*Property Insurance*

*Declarations*

*Chubb Group of Insurance Companies*
*15 Mountain View Road*
*Warren, NJ 07059*

*Named Insured and Mailing Address*

VERSAILLES HOTEL CONDO, INC
3425 COLLINS AVE
MIAMI BEACH, FL 33140

*Policy Number*   7953-68-80

*Effective Date*   APRIL 21, 2004

*Issued by the stock insurance company*
*indicated below, herein called the company.*

CHUBB CUSTOM
INSURANCE COMPANY

*Incorporated under the laws of*
*DELAWARE*

*Producer No.*   0054860

*Producer*   PROGRAM UNDERWRITERS, INC.
10002 PRINCESS PALM AVE
TAMPA, FL 33619-1372

## Policy Period

From:   APRIL 21, 2004        To:   APRIL 21, 2005
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Deductible                  $ 5,000

The deductible shown above applies to all coverages, except Business Income and Extra Expense, contained within the Property Insurance Section of this policy unless a specific coverage deductible is shown below.

The following displays the coverages provided at the premises stated below:

## Premises Coverages

## Premises Coverages - Specific Limits

PREMISES #1              3425 COLLINS AVE
                         MIAMI BEACH, FLORIDA  33140

COVERAGES

BUILDING
  LIMIT OF INSURANCE                    $ 10,000,000
  COINSURANCE                                   90%



CHUBB

*Market Choice Protection*
*by Chubb<sup>SM</sup>*

## How To Report A Loss

To report a Loss, use the following procedure.

**Loss Notification**

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1-800-252-4670

24 hours a day, 7 days a week

**Fax Number**

You may also fax the loss report during normal business hours to:

Fax Number: 1-800-300-2538

**Mailing Address**

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327-4700

# IMPORTANT NOTICE TO POLICYHOLDERS

## TERRORISM RISK INSURANCE ACT OF 2002

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act of 2002 ("TRIA").

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in TRIA) would be partially reimbursed by the United States of America, pursuant to the formula set forth in TRIA. In addition, as required by TRIA, we:

- indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

- specified the premium we would charge, if any, for providing such insurance; and

- except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

- You rejected terrorism insurance under TRIA, your policy includes the appropriate amendatory endorsement(s).

- You did not reject terrorism insurance under TRIA, the premium charged for your policy, including that portion applicable to terrorism insurance under TRIA, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under TRIA.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

Please note that if your policy:

- *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under TRIA, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

- *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*

CHUBB

*...rket Choice Protection*
*by Chubb*[SM]

## *Table Of Contents*

This Table Of Contents is provided to acquaint you with the overall organization of this policy.

### POLICY ORGANIZATION

Insuring Agreement

Premium Summary

Property Insurance Section

      Property Schedule Of Forms & Declarations

      Property Contracts *

      Property Endorsements

Common Policy Section

      Common Policy Endorsements

* Note:      Each contract within a section has its own Table Of Contents to facilitate your use of them.


CHUBB

*Market Choice Protectic*
*by Chubb*SM

## Insuring Agreement

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

*Named Insured and Mailing Address*

VERSAILLES HOTEL CONDO, INC
3425 COLLINS AVE
MIAMI BEACH, FL 33140

*Policy Number*   7953-68-80

*Effective Date*   APRIL 21, 2004

*Issued by the stock insurance company*
*indicated below, herein called the company.*

CHUBB CUSTOM
INSURANCE COMPANY

*Producer No.*   0054860

*Producer*   PROGRAM UNDERWRITERS, INC.
10002 PRINCESS PALM AVE
TAMPA, FL 33619-1372

*Incorporated under the laws of*
*DELAWARE*

## Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:   APRIL 21, 2004          To:   APRIL 21, 2005

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy. If this policy is a renewal, we have only reissued to you those policy documents containing changes from your previous policy period coverages and any new additional coverages or policy provisions. All other policy documents shown in the Schedule Of Forms accompanying this Insuring Agreement continue in effect.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB CUSTOM INSURANCE COMPANY (incorporated under the laws of Delaware)

*President*                                           *Secretary*

*Authorized Representative*

*Premium Summary*
*(continued)*

*Payment Plan*

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| Date Payment Due | Amount Due |
|---|---|
| APRIL 21, 2004 | $ 28,545.00 |

PROPERTY DECLARATIONS

*Property Insurance Section*

*Declarations*


CHUBB

*Property Insurance*

*Schedule of Forms*

| | |
|---|---|
| *Policy Period* | APRIL 21, 2004  TO  APRIL 21, 2005 |
| *Effective Date* | APRIL 21, 2004 |
| *Policy Number* | 7953-68-80 |
| *Insured* | VERSAILLES HOTEL CONDO, INC |
| *Name of Company* | CHUBB CUSTOM INSURANCE COMPANY |
| *Date Issued* | MAY 28, 2004 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 10-02-1079 | 1-02 | PROPERTY SUPPLEMENTARY DECLARATIONS | 04/21/04 | 05/28/04 |
| 10-02-1081 | 1-02 | BUILDING AND PERSONAL PROPERTY - ALL RISKS | 04/21/04 | 05/28/04 |
| 10-02-1083 | 1-02 | GENERAL PROVISIONS | 04/21/04 | 05/28/04 |
| 10-02-1128 | 1-02 | BIOLOGICAL AGENTS - PROP PROVISIONS- ALL RISK | 04/21/04 | 05/28/04 |
| 80-02-0005 | 4-94 | PROPERTY DECLARATIONS | 04/21/04 | 05/28/04 |
| 80-02-1342 | 4-94 | WIND EXCLUSION | 04/21/04 | 05/28/04 |
| 80-02-1412 | 8-98 | DATE RECOGNITION EXCLUSION | 04/21/04 | 05/28/04 |
| 80-02-1660 | 2-03 | EXCL. OF CERTIFIED ACTS-INCL. ENSUING FIRE | 04/21/04 | 05/28/04 |

*last page*



**CHUBB**

*Property Insurance*

## Declarations

*Chubb Group of Insurance Companies*
*15 Mountain View Road*
*Warren, NJ 07059*

*Named Insured and Mailing Address*

VERSAILLES HOTEL CONDO, INC
3425 COLLINS AVE
MIAMI BEACH, FL 33140

*Policy Number*   7953-68-80

*Effective Date*   APRIL 21, 2004

*Issued by the stock insurance company*
*indicated below, herein called the company.*

CHUBB CUSTOM
INSURANCE COMPANY

*Producer No.*   0054860

*Producer*      PROGRAM UNDERWRITERS, INC.
                10002 PRINCESS PALM AVE
                TAMPA, FL 33619-1372

*Incorporated under the laws of*
*DELAWARE*

## Policy Period

From:   APRIL 21, 2004        To:   APRIL 21, 2005
12:01 A.M. standard time at the Named Insured's mailing address shown above.

The following displays the premises covered under this insurance.

## Premises Summary

PREMISES #1        3425 COLLINS AVE
                   MIAMI BEACH, FLORIDA  33140

*Premises Summary*
(continued)

THIS PAGE INTENTIONALLY LEFT BLANK

## Premises Coverages
*(continued)*

*PERSONAL PROPERTY*
    LIMIT OF INSURANCE                $ 28,000
    COINSURANCE                    90%

**CHUBB**

## Property Insurance

## Supplementary Declarations

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Named Insured and Mailing Address

VERSAILLES HOTEL CONDO, INC
3425 COLLINS AVE
MIAMI BEACH, FL 33140

Policy Number   7953-68-80

Effective Date   APRIL 21, 2004

Issued by the stock insurance company
indicated below, herein called the company.

CHUBB CUSTOM
INSURANCE COMPANY

Producer No.   0054860

Producer   PROGRAM UNDERWRITERS, INC.
10002 PRINCESS PALM AVE
TAMPA, FL 33619-1372

Incorporated under the laws of
DELAWARE

## Policy Period

From:   APRIL 21, 2004        To:   APRIL 21, 2005
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Property Coverages

The Limits Of Insurance shown below are provided for the Additional Coverages shown at no additional cost to you.

Except for Any Other Location, these Limits Of Insurance apply separately at each premises shown in the Declarations.

You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance for any of these Additional Coverages, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below. Any applicable deductible will be shown in the Declarations with the Additional Coverage. If no deductible is shown in the Declarations with the Additional Coverage, then the Property Deductible will apply.

| Additional Property Coverages | Limit Of Insurance |
|---|---|
| ANY OTHER LOCATION | |
| BUILDING COMPONENTS OR PERSONAL PROPERTY | $ 10,000 |
| DEBRIS REMOVAL | |
| PREMISES SHOWN IN THE DECLARATIONS | $ 15,000 |
| ANY OTHER LOCATION | $ 10,000 |

| Additional Property Coverages | Limit Of Insurance |
|---|---|
| FIRE DEPARTMENT SERVICE CHARGES | $ 2,500 |
| ORDINANCE OR LAW | $ 10,000 |
| OUTDOOR PROPERTY | $ 2,500 |
| PERSONAL PROPERTY OF OTHERS | $ 5,000 |
| POLLUTANT CLEAN-UP OR REMOVAL | $ 10,000 |

The following displays the Coverages and the applicable Limits Of Insurance for:

## Newly Acquired Premises or Newly Acquired Or Constructed Property

| Coverages | Limit Of Insurance |
|---|---|
| BUILDING | $250,000 |
| PERSONAL PROPERTY | $100,000 |

You may purchase increased Limits Of Insurance for any of the Newly Acquired Premises or Newly Acquired or Constructed Property Limits Of Insurance shown above and we will charge you an additional premium. If you purchase such increased Limits Of Insurance, the Limits Of Insurance shown in the Declarations will reflect your total limit, including the Limits Of Insurance shown above.

_Authorized Representative_

*Property Insurance*

*Building And Personal Property*

*Table Of Contents*

| Section | Page No. |
|---|---|
| Coverage | 3 |
| Extension Of Coverage | 3 |
| Additional Coverages | 4 |
| Exclusions | 10 |
| Limits Of Insurance | 11 |
| Deductible | 12 |
| Loss Payment Basis | 12 |
| Loss Payment Basis Exceptions | 12 |
| Loss Payment Limitations | 14 |
| Conditions (Including Coverage Territory) | 15 |
| Additional Conditions | 15 |
| Definitions | 17 |
| Amended Definition | 19 |

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB**

## *Building And Personal Property*

### *Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of the General Provisions form included in this policy and the Amended Definition section of this contract.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we," "us" and "our" refer to the company providing this insurance.

## Coverage

**Building Or Personal Property**

We will pay for direct physical loss or damage to **building** or **personal property** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Building or Personal Property shown in the Declarations.

The loss or damage must occur at the premises shown in the Declarations, or for **personal property**, within 100 feet of the premises shown in the Declarations, unless otherwise stated.

This coverage applies only at those premises for which a Limit Of Insurance for Building or Personal Property is shown in the Declarations.

**Newly Acquired Premises**

We will pay for direct physical loss or damage to:

- **building** under construction at existing premises; and
- **building** or **personal property** at newly acquired premises,

caused by or resulting from a peril not otherwise excluded, not to exceed the Limit Of Insurance for Building or Personal Property shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property.

This coverage applies until the first of the following occurs:

- you report the value of the **building** or **personal property** at the newly acquired premises to us;
- 30 days pass from the date you acquire the premises or construction begins on the **building**; or
- this policy expires.

We will charge you additional premium for the reported values from the date you acquire the premises or construction begins on the **building**.

**Extension Of Coverage**

The following extension of coverage is included under your coverage for **building** or **personal property** and is subject to the applicable Limit Of Insurance for Building or Personal Property shown in the Declarations.

**Removal**

We will pay for direct physical loss or damage to **building components** or **personal property** while:

- being moved to another location or returned from such location to its original location; or

## Extension Of Coverage

**Removal (continued)**

- temporarily stored at another location for up to 30 days,

if you must move the **building components** or **personal property** from such location to preserve it from imminent loss or damage caused by or resulting from a peril not otherwise excluded.

## Additional Coverages

Except for:

- Any Other Location;
- Deferred Payments;
- Electronic Data Recovery Costs;
- Installation; or
- Personal Property In Transit,

the following Additional Coverages are provided at each covered premises only if a Limit Of Insurance for such Additional Coverages at each covered premises is shown in the Declarations.

## Any Other Location

We will pay for direct physical loss or damage to **personal property** or **building components** caused by or resulting from a peril not otherwise excluded while such property is away from the premises shown in the Declarations, if such property is:

- temporarily at a location you do not own, lease or operate;
- in storage at a location you lease, provided the lease was executed after the beginning of the policy period; or
- at an exhibition, fair or trade show,

not to exceed the Limit of Insurance for Personal Property or Building Components shown under Any Other Location in the Declarations.

This Additional Coverage does not apply to:

- salespersons' samples;
- personal property at a newly acquired premises;
- personal property at a job site or temporarily warehoused elsewhere awaiting installation at the job site;
- personal property while in transit;
- electronic data processing property; or
- fine arts.

This Additional Coverage applies only if a Limit Of Insurance for Personal Property or Building Components is shown under Any Other Location in the Declarations.



*Building And Personal Property*

---

## Additional Coverages
(continued)

**Consequential Loss**

We will pay for the consequential loss to undamaged **personal property** that is part of:

- your product; or

- any product in your care, custody or control,

which has become unmarketable as a complete product, because of covered direct physical loss or damage to **personal property** which is part of the same product, not to exceed the applicable Limit Of Insurance for Consequential Loss shown in the Declarations.

This Additional Coverage applies only when you have purchased a Limit Of Insurance for **personal property**.

---

**Debris Removal**

A.  We will pay for the costs you incur to:

    1.  demolish and remove debris of damaged:

        a.  **building**, **personal property** or **personal property of others** at the premises shown in the Declarations;

        b.  **personal property** at any other location; or

        c.  **building** components that are temporarily at a premises not shown in the Declarations,

        caused by or resulting from a peril not otherwise excluded that occurs during the policy period; or

    2.  remove debris of **outdoor property** at the premises shown in the Declarations caused by or resulting from fire, lightning, explosion, riot or civil commotion that occurs during the policy period.

B.  The most we will pay for debris removal is the lesser of:

    1.  25% of the covered direct physical loss or damage; or

    2.  the remaining applicable Limit Of Insurance for Building, Personal Property, Personal Property Of Others or Outdoor Property shown in the Declarations, after payment of the covered direct physical loss or damage.

C.  If the amount in B. above is insufficient to pay the debris removal, we will pay the remaining debris removal, subject to the applicable Limit Of Insurance shown under Debris Removal in the Declarations.

D.  Debris removal will be paid only if:

    1.  reported to us in writing within 180 days of the date of the direct physical loss or damage to the **building**, **personal property**, **personal property of others** or **outdoor property**; and

    2.  a Limit Of Insurance applicable to the damaged **building**, **personal property**, **personal property of others** or **outdoor property** is shown in the Declarations.

E.  Debris removal does not apply to costs to:

    1.  a.  clean up or remove **pollutants** from land, water or air; or

---

## Additional Coverages

**Debris Removal**
*(continued)*

    b.    clean up, remove, restore or replace polluted land, water or air, either inside or outside of a **building**; or

    2.    demolish and clear the site of the undamaged portion of the **building**.

---

**Deferred Payments**

We will pay for your interest in **personal property** that suffers direct physical loss or damage caused by or resulting from a peril not otherwise excluded and sold by you under a conditional sale or trust agreement or any installment or deferred payment plan:

- while **in transit** to buyers; or

- after delivery to buyers,

not to exceed the applicable Limit Of Insurance for Deferred Payments shown in the Declarations.

This Additional Coverage does not apply to default by the buyer of such agreement or plan.

This Additional Coverage applies only if a Limit Of Insurance for Deferred Payments is shown in the Declarations.

---

**Electronic Data Recovery Costs**

We will pay for **electronic data recovery costs** as a result of direct physical loss or damage to **electronic data** or a system caused by or resulting from **malicious programming**.

The most we will pay at all premises for the sum of such **electronic data recovery costs** that occur during each separate 12-month policy period is $5,000, regardless of whether this Additional Coverage appears in any other contract or contracts that form a part of this policy.

---

**Fire Department Service Charges**

We will pay the charges you:

- assume under any contract or agreement that was in effect at the time of the direct physical loss or damage; or

- are required to pay by local ordinance,

if the fire department is called to save or protect your **building** or **personal property** from direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Fire Department Service Charges shown in the Declarations.

---

**Installation**

We will pay for direct physical loss or damage to **personal property** caused by or resulting from a peril not otherwise excluded while such **personal property** is:

    A.    at a job site or temporarily warehoused elsewhere:

        1.    awaiting and during installation;

        2.    awaiting and during tests; or

        3.    awaiting acceptance by the buyer,

        not to exceed the applicable Limit Of Insurance for Any Job Site shown under Installation in the Declarations; or

    B.    **in transit** to or from such job site or temporary warehouse, not to exceed the applicable Limit Of Insurance for In Transit shown under Installation in the Declarations.



**Building And Personal Property**

## Additional Coverages

**Installation**
*(continued)*

We will not pay for any loss or damage to:

- personal property not a part of or destined to become part of the installation;
- tools; or
- contractors' equipment.

This Additional Coverage ends when the first of the following occurs:

- your interest in the personal property ceases;
- the buyer accepts the personal property;
- the personal property is put to use for its intended purpose; or
- this policy is terminated.

This Additional Coverage applies only if a Limit Of Insurance for Any Job Site or In Transit is shown under Installation in the Declarations.

---

**Inventory Or Appraisals**

We will pay for the cost of any inventory or appraisal that we require from you to determine the extent of direct physical loss or damage to **building, personal property, personal property of others or outdoor property**, not to exceed the applicable Limit Of Insurance for Inventory or Appraisals shown in the Declarations.

---

**Loss Prevention Expenses**

We will pay the reasonable and necessary costs you incur to protect **building or personal property** at the premises shown in the Declarations from imminent direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Loss Prevention Expenses shown in the Declarations.

To the extent possible, you must notify us of your intent to incur such cost before you take any loss prevention action.

In any event, you must notify us within forty-eight (48) hours after you have taken any loss prevention action.

---

**Non-owned Detached Trailers**

We will pay for direct physical loss or damage to trailers you do not own caused by or resulting from a peril not otherwise excluded, provided that:

- the trailer is used in your business;
- the trailer is in your care, custody or control at the premises shown in the Declarations; and
- you are contractually liable to pay for the loss or damage to the trailer.

The most we will pay in any one occurrence under this Additional Coverage is $5,000.

This Additional Coverage does not apply to loss or damage that occurs:

- while the trailer is attached to any motor vehicle or other motorized conveyance, whether or not the motor vehicle or other motorized conveyance is in motion; or

---

## Additional Coverages

**Non-Owned Detached Trailers (continued)**

- during hitching or unhitching operations, or when the trailer becomes accidentally unhitched from a motor vehicle or other motorized conveyance.

**Ordinance Or Law**

If:

- there is an ordinance or law in effect at the time of loss or damage that regulates zoning, land use or construction of a **building**; and
- such ordinance or law affects the repair or replacement of the lost or damaged **building**; and
- you repair or replace the **building** as soon as reasonably possible,

we will pay for the:

- replacement cost of the undamaged portion of the **building**, unless the loss payment basis shown in the Declarations is actual cash value, then we will pay the actual cash value of the undamaged portion of the **building**;
- cost to demolish and clear the site of the undamaged portion of the **building**; and
- increased cost to repair or replace the **building** to the same general size to the minimum standards of such ordinance or law, but only if the **building** is valued on a replacement cost basis and you repair or replace the **building**,

not to exceed the applicable Limit of Insurance for Ordinance Or Law shown in this Declarations.

This Additional Coverage does not apply to the costs:

- for land, water or air, either inside or outside of a **building**;
- for paved or concrete surfaces, retaining walls, foundations or supports below the surface of the lowest floor or basement, unless specifically covered by this policy, or **outdoor property**;
- incurred outside the legal property boundary of the premises shown in the Declarations; or
- for any ordinance or law that you were required to, but failed to, comply with before the loss.

When direct physical loss or damage is caused by or results from both:

- a peril not otherwise excluded; and
- an excluded peril,

we will not pay the costs attributable to the excluded peril. Instead, we will pay that portion of additional costs that are equal to the proportion that the covered direct physical loss or damage bears to the total direct physical loss or damage, unless the ordinance or law applies solely to that portion of **building** which suffered the covered direct physical loss or damage.

**Outdoor Property**

We will pay for direct physical loss or damage to **outdoor property** caused by or resulting from:

- fire;


CHUBB

*Building And Personal Property*

---

## Additional Coverages

| | |
|---|---|
| *Outdoor Property*<br>*(continued)* | • lightning;<br><br>• explosion;<br><br>• riot or civil commotion; or<br><br>• aircraft or self-propelled missiles,<br><br>not to exceed the applicable Limit Of Insurance for Outdoor Property shown in the Declarations.<br><br>The loss or damage must occur at, or within 100 feet of, the premises shown in the Declarations. |

---

*Personal Property In Transit*

We will pay for direct physical loss or damage to **personal property while in transit** caused by or resulting from:

• fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism;

• motor vehicle "collision", upset or overturn; or

• theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the motor vehicle, which shows visible marks of forced entry.

The most we will pay in any one occurrence under this Additional Coverage is $5,000.

"Collision" means accidental contact of a motor vehicle you own, lease or operate with another vehicle or object. "Collision" does not mean such vehicle's contact with the roadbed.

---

*Personal Property Of Others*

We will pay for direct physical loss or damage to **personal property of others** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Personal Property Of Others shown in the Declarations.

The loss or damage must occur at, or within 100 feet of, the premises shown in the Declarations.

---

*Pollutant Clean-up Or Removal*

We will pay the costs you incur to clean up or remove **pollutants** from land, water or air, either inside or outside of a **building** at the premises shown in the Declarations, if the discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused by or results from a peril not otherwise excluded.

The costs will be paid only if they are reported to us in writing within 180 days of the date the peril occurred which caused or resulted in the discharge, dispersal, seepage, migration, release or escape of the **pollutants**.

The applicable Limit Of Insurance shown in the Declarations for Pollutant Clean-up Or Removal is the most we will pay at the premises for the sum of all such covered costs caused by or resulting from perils not otherwise excluded that occur during each separate 12-month policy period.

We will not pay for the costs to test for, monitor, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **pollutants**, other than payment for testing that is performed during the clean up or removal of the **pollutants** from the land, water or air, either inside or outside of a **building**.

---

## Additional Coverages
*(continued)*

### Valuable Papers And Records

We will pay for direct physical loss or damage to **valuable papers** caused by or resulting from a specified peril or building collapse.

The most we will pay in any one occurrence under this Additional Coverage is $2,500.

The loss or damage must occur at, or within 100 feet of, the premises shown in the Declarations.

## Exclusions

### Policy Exclusions

The following exclusions apply to all Coverages, Extensions of Coverage and Additional Coverages in this contract and are described in the Exclusions section of the General Provisions form included in this policy:

- Governmental Action
- Nuclear Hazard
- War And Military Action

### Exclusions, Except Electronic Data Recovery Costs

In addition to the exclusions shown in the Policy Exclusions section, the following exclusions apply to all Coverages, Extension of Coverages and Additional Coverages in this contract, except for Electronic Data Recovery Costs Additional Coverage, and are described in the Exclusions section of the General Provisions form included in this policy:

- Acts Or Decisions
- Agricultural Smudging Operations
- Artificial Electrical Current
- Business Errors
- Change In Flavor
- Change In Temperature
- Collapse
- Continuous Or Repeated Seepage Of Water
- Disappearance
- Dishonesty
- Earth Movement (Other Than Earthquake)
- Earthquake
- Electric Arcing
- Electronic Data
- Errors In Systems Programming
- Flood
- Inherent Vice/Latent Defect
- Insects Or Animals


CHUBB

*Building And Personal Property*

## Exclusions

*Exclusions, Except*
*Electronic Data*
*Recovery Costs*
*(continued)*

- Leakage From Freezing
- Loss Of Market
- Marring Or Scratching
- Mechanical Breakdown
- Neglect
- Ordinance Or Law
- Personal Property In The Open
- Planning, Design, Materials Or Maintenance
- Pollutants
- Rust
- Settling
- Spoilage
- Steam Boiler
- Utility Services
- Voluntary Parting
- Wear And Tear

---

*Limits Of Insurance*

Except as provided under Pollutant Clean-up Or Removal, the most we will pay in any one occurrence is the amount of loss or damage, not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Coverage or Additional Coverage appears in more than one contract which form a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such Coverage or Additional Coverage is the most we will pay in any one occurrence, regardless of the number of contracts in which such Coverage or Additional Coverage appears.

---

*Automatic Increase*
*In Limits*

The Limits Of Insurance for Building or Personal Property will automatically increase by the annual percentage shown in the Declarations under Automatic Increase In Limits. At the time of loss or damage, the amount of increase will be determined by multiplying the applicable Limit Of Insurance shown in the Declarations by the percentage of annual increase applied on a pro rata basis.

---

## Limits Of Insurance
*(continued)*

| | |
|---|---|
| *Loss Or Damage By Theft - Special Limits* | The most we will pay in any one occurrence for loss or damage caused by or resulting from theft of furs, fur garments and garments trimmed with fur is $2,500. |
| | The most we will pay in any one occurrence for loss or damage caused by or resulting from theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals is $2,500. This limit does not apply to jewelry and watches worth $100 or less per item. |
| | The most we will pay in any one occurrence for loss or damage caused by or resulting from theft of patterns, molds, dies and forms is $2,500. |
| | The most we will pay in any one occurrence for loss or damage caused by or resulting from theft of stamps, tickets, including lottery tickets held for sale and letters of credit is $250. |
| | These special limits are part of, not in addition to, the applicable Limit Of Insurance. |

| | |
|---|---|
| *Outdoor Signs* | The most we will pay in any one occurrence for direct physical loss or damage caused by or resulting from a peril not otherwise excluded to outdoor signs attached to any building is $1,000 per sign. |

| | |
|---|---|
| *Deductible* | Subject to the applicable Limit Of Insurance, we will pay the amount of loss or damage, after application of coinsurance if applicable to this policy, in excess of the applicable deductible amount shown in the Declarations for each occurrence. |
| | If two or more deductibles apply to the same occurrence, only the largest single deductible will apply, unless otherwise stated. |

| | |
|---|---|
| *Loss Payment Basis* | The Loss Payment Basis provisions applicable to this contract are contained in the Loss Payment Basis section of the General Provisions form included in this policy. Any exceptions applicable to such Loss Payment Basis provisions are described below in the Loss Payment Basis Exceptions of this contract. |

## Loss Payment Basis Exceptions

| | |
|---|---|
| *Accounts Receivable Records, And Electronic Data Processing Media* | Accounts receivable records and electronic data processing media, other than prepackaged software programs, are valued based on the cost of blank materials and the cost of copying data onto blank materials from a duplicate source on the same type of materials. |

| | |
|---|---|
| *Building Glass* | Glass in buildings is valued at the cost of repair or replacement with safety glazing material, if required by law. |
| | We will also pay for expenses incurred to: |
| | ◦ put up temporary plates or board up openings, if repair or replacement of lost or damaged glass is delayed; and |


CHUBB

*Building And Personal Property*

---

## Loss Payment Basis Exceptions

**Building Glass** *(continued)*

- remove or replace obstructions, not including window displays, when repairing or replacing glass that is part of a building.

---

**Finished Stock And Sold Personal Property**

Finished stock and sold personal property completed and awaiting delivery are valued based on your selling price less the value of discounts and costs you would have incurred.

---

**Gold, Gold Salts And Other Precious Metals**

Gold, gold salts and other precious metals are valued based on the average market cost for replacement as published by the American Metals Market during the period of 10 business days immediately preceding the date of loss or damage, or the actual sum you pay for replacement, whichever is less.

---

**Personal Property Of Others**

Personal property of others is valued on the same basis as personal property, subject to all other exceptions described under Loss Payment Basis Exceptions, but we will not pay more than the amount for which you are contractually liable.

Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

---

**Stock In Process**

Stock in process is valued based on the cost of raw materials and costs expended as of the date of loss or damage.

---

**Tenant's Improvements And Betterments**

Tenant's improvements and betterments are valued based at a proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

a. multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

b. divide the amount determined in a. above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

We will not pay for that part of any lost or damaged tenant's improvements and betterments which is paid by others.

---

**Valuable Papers And Records**

Valuable papers are valued on the full cost of replacement or reproduction at the time of direct physical loss or damage when the valuable papers are actually replaced or reproduced.

If the valuable papers are not replaced or reproduced, the value is based on the cost of blank materials.

---